IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

UNITED STATES OF AMERICA, :
:
    Plaintiff, : CR-2-10-178
: JUDGE MARBLEY
v. :
:
MICHAEL LAJUAN JOHNSON, :
:
    Defendant. :

## AMENDED
### FINAL ORDER OF FORFEITURE

Upon motion by the Plaintiff, United States of America, and for good cause shown, the Final Order of Forfeiture entered on December 14, 2011, is amended to reflect the correct forfeited property.

Accordingly, it is hereby **ORDERED, ADJUDGED, AND DECREED**:

1. That all right, title, and interest in and to the hereinafter described property be and is hereby **FORFEITED** to the United States of America, said property being described as:

> **An Israel Military Industries Desert Eagle, Model Baby Eagle, .40 caliber pistol, SN: 20307044, including any ammunition;**
>
> **A .45 caliber Taurus PT 745 semi-automatic pistol, SN: NXJ30063, including any ammunition;**
>
> **Approximately Twelve (12) rounds of CCI 9mm Luger ammunition;**
>
> **Approximately Forty-One (41) rounds of .40 caliber Winchester, 40 S&W ammunition;**
>
> **Twenty-Three Thousand Nine Hundred Twenty-One and 00/100 Dollars ($23,921.00) in United States Currency; and,**

One Hundred Thirty-Three Thousand Sixty and 00/100 Dollars ($133,060.00) in United States Currency.

2. That the United States Marshals Service shall dispose of the property according to the law.

3. That any and all claims and interest in and to the above described forfeited property are forever barred and no right, title, or interest in the forfeited property shall exist in any other person or entity, and the United States of America shall have clear title to said property and may warrant good title thereto.

4. All other terms and conditions of the Final Order of Forfeiture entered December 14, 2011, remain the same, except as expressly amended herein

IT IS SO ORDERED this 12 day of June, 2012.

HONORABLE ALGENON L. MARBLEY
UNITED STATES DISTRICT COURT JUDGE